■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASHAWN WATSON, Appellant. [978 NYS2d 707]—

Concur—Gonzalez, P.J., Tom, Renwick, Manzanet-Daniels and Feinman, JJ.